UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------x

EVELYN CASTILLO

Plaintiff,

v.

TIFFANY REALTY CO. LLC AND BILLY BOY FOOD
CORP.

Defendants.

--------------------------------------------------------------------------x

**Docket No. 1:23-cv-00818
(CBA)(VMS) (RER)(VMS)**

Endorsed Order

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have

been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and

without costs, fees, or expenses.

Dated: December 22, 2023
     New York, New York

**PARKER HANSKI LLC**

By: _____
     Glen H. Parker, Esq.
     Attorneys for Plaintiff
     40 Worth Street, Suite 602
     New York, New York 10013
     Tel (212) 248-7400
     Fax (212) 248-5600
     ghp@parkerhanski.com

**KIDONAKIS & CORONA, PLLC**

By: _Randy A. Hernandez_
     Randy Hernandez, Esq.
     Attorneys for the Defendants
     1350 6th Avenue, 4th Floor
     New York, New York 10019
     646-389-3956
     randy.hernandez@kandcpllc.com

So Ordered: Date 2/2/2024
/s/ Ramón E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.